# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DIANE MARIE JAMES  
2870 CONTINENTAL DR  
COLUMBUS, OH  43068

Case No:   01-64854

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-8796

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 09, 2011

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| DIANE MARIE JAMES<br>2870 CONTINENTAL DR<br>COLUMBUS, OH  43068 | 57.69 |